**Order entered December 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00522-CV

**KATHY WILBURN AND KORWIN WILBURN, Appellants**

**V.**

**SUSAN DACUS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02347-2013**

## ORDER

We **GRANT** appellant's November 29, 2016 motion to extend time to file a brief and

**ORDER** the brief tendered to this Court on November 21, 2016 filed as of the date of this order.


/s/      ELIZABETH LANG-MIERS
JUSTICE